

# In the Missouri Court of Appeals
## Eastern District

MARCH 1, 2016

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.  ED102266    CHRISTINE M. LUER, RES V JON H. LUER, APP

2.  ED102528 BENJAMIN WAGNER, APP V STATE OF MISSOURI, RES

3.  ED102592 STATE OF MISSOURI, APP V TERENCE ESTERS, RES

4.  ED102603 NATHAN ALLEN, APP V STATE OF MISSOURI, RES

5.  ED102738 MARVA MILLER APP V MO DEPT OF SOCIAL SERVICES, RES

6.  ED102825 ERNEST SMITH, APP V STATE OF MISSOURI, RES

7.  ED103078 BISHOP & ASSOC., APP V AMEREN CORP ETAL, RES